November 13, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BURTON took no part in the consideration or decision of these applications. *Mr. John B. Putnam* for petitioners. *Solicitor General McGrath, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Harold C. Wilkenfeld* for respondent. Reported below: 149 F. 2d 393.

No. 253. STRONG *v.* HUFF, GENERAL SUPERINTENDENT. November 13, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Warren E. Magee* for petitioner. *Acting Solicitor General Judson, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 270. NEELY *v.* UNITED STATES. November 13, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. John E. Laskey* for petitioner. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 351. WOODS *v.* NIERSTHEIMER, WARDEN. November 13, 1945. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 364. MITCHELL *v.* WHITECOTTON, WARDEN. November 13, 1945. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 397. COLLINS *v.* SMITH, SUPERINTENDENT. November 13, 1945. Petition for writ of certiorari to the